UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEITH CLINTON<br>CDCR # AY-1315,<br><br>                                      Plaintiff,<br>vs.<br>C. ALLEN, et al.,<br><br>                                     Defendants. | Case No.: 3:23-cv-01471-CAB-SBC<br><br>**ORDER REGARDING MOTION FOR ENLARGEMENT OF TIME FOR FACT EVIDENCE [Doc. No. 48]** |

On February 7, 2025, Plaintiff filed a Second Amended Complaint ("SAC"). [Doc. No. 44.] On February 24, 2025, Defendants filed a motion to dismiss the SAC, with a hearing date (for briefing purposed only) of April 1, 2025. [Doc. No. 47.] Pursuant to ACivLR 7.1.e.2, any opposition to the motion was due on March 18, 2025. To date, no opposition has been filed.

On March 18, 2025, Plaintiff filed a motion for enlargement of time for fact evidence/discovery. [Doc. No. 48.] However, motions to dismiss are determined on the

pleadings, and no fact discovery is necessary for Plaintiff to file an opposition.  *See* Federal Rule of Civil Procedure 12(b)(6); *Gant v. Cnty of Los Angeles*, 772 F.3d 608, 614.  Accordingly, the Court construes Plaintiff's motion for enlargement of time for fact evidence as a motion for an extension of time to file an opposition to the motion to dismiss the SAC.  So construed, the Court **GRANTS** the motion, and gives Plaintiff until **April 18, 2025,**[1] to file an opposition to the motion to dismiss the SAC.

Plaintiff is cautioned that if no opposition is filed, pursuant to ACivLR 7.1.f.3.c., this may constitute consent to the granting of the motion <u>and the case may be dismissed in its entirety.</u>

**IT IS SO ORDERED.**

Dated:  March 21, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] Defendants shall have until **April 25, 2025,** to file a reply to the opposition.